# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE SHELBY, | ) | NO. CV 13-5216 (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition For 28 U.S.C. § 2241 Pursuant To Habeas Corpus Statutes § 2241-2255 ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is dismissed for lack of jurisdiction; (2) Judgment shall be entered dismissing this action; and (3) a certificate of appealability is not warranted and, thus, is denied. *See* Porter v. Adams, 244 F.3d 1006, 1007 (9th Cir. 2001).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 31, 2013

```
                                    DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE
```