# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SHELBY, | NO. CV 13-5216-DMG (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
|     Respondent. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge And Denying Certificate Of Appealability,

IT IS ADJUDGED that this action is dismissed.

DATED: December 31, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE